UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARRISON COPLEY MAYOTTE,<br>Plaintiff,<br><br>v.<br><br>TOWN OF TOWNSEND,<br>MASSACHUSETTS,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No.: 1:26-cv-14866-ADB |

NOTICE OF APPEARANCE

Please enter my appearance in the above captioned matter as counsel for the Defendant, Town of Townsend, Massachusetts.

Dated: November 3, 2026

Respectfully Submitted,
The Defendant,
Town of Townsend,
By its attorneys,

/s/ *Andrew T. Imbriglio*

Thomas M. Tang (642578)
Andrew T. Imbriglio (676049)
TANG & MARAVELIS, P.C.
111 South Bedford Street, Suite 200
Burlington, MA 01803
781-221-1400
ttang@tangmaravelis.com
aimbriglio@tangmaravelis.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on November 3, 2026.

/s/ *Andrew T. Imbriglio*